UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,
    Plaintiff,

Case No. 8:24-cv-02433-SDM-NHA

v.

MAR 14 2025 AM 9:54
FILED - USDC - FLMD - TPA

PRIMERICA LIFE INSURANCE COMPANY,
    Defendant.

---

### NOTICE TO THE COURT OF ATTORNEY DISENGAGEMENT

Plaintiff Angela DeBose hereby gives notice of the attached email communication from Sylvana Rosende, attorney at law, providing notice of her disengagement or withdrawal from representing Plaintiff in this matter.

Dated this **14th** day of March, 2025.

Respectfully submitted,

/s/ Angela DeBose
Angela DeBose

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of March, 2025, the above and foregoing was filed with the Clerk of the Court and electronic notifications will be sent to parties of record.

    /s/ Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com

---- Forwarded Message ----
**From:** Sylvana Rosende <sylvana@rvplawyers.com>
**To:** Angela DeBose <awdebose@aol.com>
**Cc:** Michael Kouskoutis <michael@kouslaw.com>; Carlos Linares <carlos@rosendepaul.com>
**Sent:** Thursday, March 6, 2025 at 08:15:04 PM EST
**Subject:** Primerica Disengagement

Dear Angela:

Please accept this email as our notice of disengagement to be effective immediately. As of today, myself buying through Rosende Paul, PLLC no longer represent you in the above referenced matter. There are no outstanding fees. Furthermore I have no original documents in my possession. Should you need anything further I am available. My office has not filed a notice of appearance in this matter therefore, you are free to retain Counsel. I suggest you retain Counsel to preserve your claims.

Thank you.

Sylvana Rosende, Esq.
Rosende, Paul, PLLC
(305)701-2099